UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> WestPoint Stevens Inc. v. Nan Ya Plastics Corporation, America, et al. (Case No. 3:03CV 560) | MDL DOCKET NO.: <br> 3:03CV1516 |

### ORDER DISMISSING DEFENDANTS NAN YA PLASTICS CORPORATION, AMERICA, NAN YA PLASTICS CORPORATION, TAIWAN, ROBERT BRADLEY DUTTON AND DAVID LIN, WITH PREJUDICE

For good cause shown, the above-captioned action is dismissed against Nan Ya Plastics Corporation, America, Nan Ya Plastics Corporation, Taiwan, Robert Bradley Dutton and David Lin only, with prejudice, and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 23rd day of June, 2005.

_____
The Honorable Richard L. Voorhees