UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION<br>This Document Relates to:<br><br>WestPoint Stevens Inc. v. Nan Ya Plastics Corporation, America, et al. (Case No. 3:03CV 560) | MDL DOCKET NO.:<br>3:03CV1516 |

## ORDER DISMISSING DEFENDANT WELLMAN, INC., DAVID WHITLEY AND JOHN HOBSON WITH PREJUDICE

For good cause shown, the above-captioned action is dismissed against Wellman, Inc., David Whitley and John Hobson with prejudice, each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 25th day of July, 2005.

_____
The Honorable Richard L. Voorhees