UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE POLYESTER STAPLE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>WestPoint Stevens Inc. v. Nan Ya Plastics Corporation, America, et al. (Case No. 3:03CV 560) | MDL DOCKET NO.:<br>3:03CV1516 |

### ORDER DISMISSING DEFENDANTS CNA HOLDINGS, INC., CELANESE AMERICAS CORPORATION, HOECHST AKTIENGESELLSHAFT AND CELANESE AKTIENGESELLSHAFT WITHOUT PREJUDICE

For good cause shown, the above-captioned action is dismissed against CNA Holdings, Inc., Celanese Americas Corporation, Hoechst Aktiengesellshaft and Celanese Aktiengesellshaft only, without prejudice, and with each party to bear its own costs. This Order does not hereby dismiss any other claims or parties.

This 3rd day of August, 2005.

The Honorable Richard L. Voorhees

3